PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN BOWMAN,<br><br>Defendant. | CASE NO. 1:18-CR-00124-JLT-SKO<br><br>MOTION TO DISMISS INDICTMENT |
|---|---|

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment in this case. The interests of justice, at this time, would best be served by having the court dismiss the indictment and recalling the related arrest warrant for the defendant.

Dated: January 18, 2024                                  PHILLIP A. TALBERT
                                                          United States Attorney

                                                   By:   /s/ DAVID L. GAPPA
                                                          DAVID L. GAPPA
                                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-CR-00124-JLT-SKO |
| Plaintiff, | ) | |
| v. | ) | ORDER ON MOTION TO DISMISS INDICTMENT |
| DARREN BOWMAN, | ) | |
| Defendant. | ) | |

ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the indictment in the above-captioned action against the defendant.

It is hereby ORDERED that the indictment is dismissed, and the related arrest warrant is recalled.

IT IS SO ORDERED.

Dated:  **January 18, 2024**

UNITED STATES DISTRICT JUDGE